L. Paul Mankin, IV SBN (264038)
Law Offices of Todd M. Friedman, P.C.
8730 Wilshire Blvd, Suite 411
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 866 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REA GATCHALIAN** )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　 )<br>　　vs. )<br>　　　　　　　　　　　　 )<br>**NCO FINANCIAL SYSTEMS, INC.** )<br>　　　　Defendant. )<br>_____ ) | Case No. 2:11-cv-05616-CBM -MRW<br><br>**NOTICE OF SETTLEMENT** |

　　　　NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

　　　　Respectfully submitted this 14th day of October, 2011.

　　　　　　　　　　　　By: s/L. Paul Mankin,IV
　　　　　　　　　　　　　　L. Paul Mankin, IV
　　　　　　　　　　　　　　Law Offices of L. Paul Mankin, IV
　　　　　　　　　　　　　　Attorney for Plaintiff

Filed electronically on this 14th day of October, 2011, with:

United States District Court CM/ECF system

Notice of Settlement - 1

Case 2:11-cv-05616-CBM-MRW   Document 6   Filed 10/14/11   Page 2 of 2   Page ID #:19

Notification sent electronically via the Court's ECF system to:

Honorable Consuelo B. Marshall
United States District Court
Eastern District of California

Notification sent electronically via U.S. Mail to:

Sessions, Fishman, Nathan, & Israel LLP
1545 Circle South, Suite 150
San Diego, CA 92108

This 14th day of October, 2011.

s/L. Paul Mankin, IV
L. Paul Mankin, IV