Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REA GATCHALIAN, | Case No.  2:11–CV–05616-CBM-MRW |
| Plaintiff, | STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

   Defendant NCO Financial Systems, Inc. and Plaintiff Rea Gatchalian, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1).

   This stipulation to dismiss with prejudice is based on the fact that the parties have resolved this action in its entirety.  As part of said resolution, the parties agree

to dismiss this action, in its entirety, with prejudice. The parties will bear their own attorneys fees and costs.

Respectfully submitted,

Dated: October 21, 2011        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: October 21, 2011        THE LAW OFFICES OF L. PAUL MANKIN IV

/s/ Lee Paul Mankin
Lee Paul Mankin, IV
Attorney for Plaintiff
Rea Gatchalian