JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REA GATCHALIAN, | Case No. 2:11-CV-05616-CBM-MRWx |
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Based on the Stipulation to Dismiss Entire Action with Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice. The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: 10/24/11

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE